# UNITED STATES DISTRICT COURT

# DISTRICT 0F RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ; | |
| | ; | |
| VS. | : | CR 1-00-110 L |
| | ; | |
| FELIPE MORANTA | ; | |

DEFENDANT'S MOTION TO DISCHARGE LIEN

Now comes the Defendant by and through his attorney, Raymond A. Tomasso, and moves the Honorable Court release its lien in the above-entitled matter which was recorded in the Land Evidence Records in the Office of the Recorder of Deeds of the City of Providence in Book 4458 Page 098.

Defendant's attorney represents that he consulted with Assistant Attorney Michael Iannotti on April 20, 2006 to determine whether his office would oppose the within Motion. Mr. Iannotti represented that his office would not oppose the Motion.

Defendant Felipe Moronta
By and through his attorney,

Raymond A. Tomasso

CERTIFICATE

I hereby certify that on this 21st day of April, A.D., 2006, I sent a copy of the within Motion by first class mail, postage prepaid, to the Office of the United States Attorney, attention Michael Iannotti, Esquire, at his usual business address, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903.

Raymond A. Tomasso